Receipt # 000387

ORIGINAL

FILED
MAR 21 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **GRUNLEY-WALSH, LLC** **(f/k/a Grunley-Walsh Construction JV)** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **Case No.** 07-189 C |
| | | **Judge:** |
| **THE UNITED STATES OF AMERICA** | * | **(Constitution Ave. Tie-in Claim)** |
| **Defendant.** | * | |

* * * * * * * * * * * * *

## COMPLAINT

Plaintiff, Grunley-Walsh, LLC, formerly known as Grunley-Walsh Construction JV, ("Grunley-Walsh"), by its counsel, Roger C. Jones, Esq., of Huddles Jones Sorteberg & Dachille, P.C., sues the United States of America ("United States"), and for its Complaint in the above matter, respectfully states as follows:

### Jurisdiction

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1491. Plaintiff brings this action pursuant to the Contract Disputes Act of 1978, as amended, 41 U.S.C. § 601 *et seq.* In addition, this action is related to Case Nos. 1:06-cv-00721-CFL, 1:06-cv-00723-CFL, 1:04-cv-00815-CFL, 1:06-cv-00816-CFL, 1:06-cv-00837-CFL and 1:07-cv-00085-CFL, as it arises out of the same contract and, therefore, should be consolidated with the aforesaid cases.

### The Parties

2. Plaintiff, Grunley-Walsh, is a general contractor in the construction industry organized and existing under the laws of the State of Maryland, with its principal place of business located at 5010 Nicholson Lane, Suite 200, Rockville, Maryland 20852.

3. Defendant is the United States of America.

## The Contract

4. On May 6, 1998, the United States, acting by and through the Department of the Interior – National Park Service, awarded Grunley-Walsh an Indefinite Quantity Contract (Contract No. 1443CX305998901) (the "Contract") to stabilize and preserve the Washington Monument (the "Project"). The Contract is incorporated by reference herein, but is not attached due to its voluminous nature. Defendant has a copy of the Contract in its possession.

5. Pursuant to Contract Modification No. 0007 ("Contract MOD 7"), dated November 15, 2001, the General Provisions to the Contract were deleted and replaced with revised contract clauses which included certain FAR provisions incorporated by reference. A copy of MOD 7 is attached hereto as **EXHIBIT A**. Three of these provisions included the Changes clause (FAR 52.243-04 August 1987), the Disputes clause (FAR 52.233-01 December 1998) and the Differing Site Conditions clause (FAR 52.236-02 April 1986).

6. In accordance with the Contract, on December 5, 2003 Grunley-Walsh was issued Task Order No. T3059989135 ("Task Order No. 35") in the amount of $13,993,216. Pursuant to Task Order No. 35, Grunley-Walsh was to construct and install an above ground security barrier system at the Washington Monument. More specifically, Grunley-Walsh was to accomplish work the contained in the Project Requirements (Task Order No. 35, Attachment 1) and specifications and drawings prepared under previous Task Order by the Olin Partnership. A copy of Task Order No. 35, including it's Attachment 1 Project Requirements is attached hereto as **EXHIBIT B**.

## The Certified Claim for Constitution Ave. Tie-in Costs

7. This action relates to a January 12, 2007 certified claim, in the amount of $12,244.19 submitted by Grunley-Walsh to the Contracting Officer (the "Certified Claim")

pursuant to the Changes clause and the Disputes clause in the Contract. A copy of the Certified Claim is attached as **EXHIBIT C**.

8. By letter dated March 16, 2007 (attached as **EXHIBIT D**), the Contracting Officer denied Grunley-Walsh's claim.

9. As provided by the Contract Disputes Act, Grunley-Walsh may appeal this decision.

**Factual Background for the Certified Claim**

10. In the area of the Project just south of the Constitution Avenue and 16th Street intersection (around the German American Friendship Gardens), the design was virtually non existent. This was due to the fact that no decisions had been made about the integration of this relatively small area with the rest of the Project.




Drawing L3.1 Excerpt




Drawing L4.13 Excerpt

11. Per the November 2003 contract drawings, Grunley-Walsh was required to first demolish and remove an existing entrance and parking lot in this area of the project. The above drawings then required installation of a new sidewalk; connecting to the existing sidewalk along Constitution Avenue.




Drawing L2.3 Excerpt

12. As the Project progressed, the Park Service radically changed the design for this area; creating new sidewalks, new landscape areas and a new pull-off area where the 16th street parking lot entrance used to exist. To effect these changes, a design sketch dated June 22, 2005 was initially issued (copy is attached to the Certified Claim as **EXHIBIT 2**). Thereafter, by letter dated July 21, 2005 (copy is attached to the Certified Claim as **EXHIBIT 3**), the Park

Service's on site representative (Alpha Corporation) revised the sketch so the final design appeared as follows:




13. Although a modification to Task Order 35 (Modification No. 7) provided compensation for the new side walks and the landscape area, it did not provide compensation for "marrying" the grades outside of the sidewalks to the new grades for the sidewalks. Likewise, it

did not provide compensation for adjusting the existing utilities to the new grades and existing landscape conditions (e.g. tree roots, etc.).[2]




[2] Another Task Order modification (Modification No. 9) provided compensation for digging test pits at some (but not all) of the existing utilities.



July 2005 – Test Pitting Utilities Next to Constitution Avenue



July 2005 – Looking South – Area of Changed Grading

14. The additional cost to perform this change work is $12,244.19.

15. Pursuant to the Contract's Dispute clause and the Contract Disputes Act, on January 12, 2007, Grunley-Walsh submitted its Certified Claim for the aforementioned change work; requesting a Contracting Officer's Final Decision on the matter.

16. All conditions precedent for the filing of this action have been satisfied, waived and/or excused.

**COUNT I**

17. The allegations contained in paragraphs 1 through 16 above are incorporated by reference as through fully set forth herein.

18. In accordance with the Contract Changes clause, the Government is required to provide an equitable adjustment for additional costs caused by any change to the performance of any part of the work. The Government has failed to comply with this Contract clause.

19. As a result of the foregoing and pursuant to the Contract, Grunley-Walsh is entitled to be paid $12,244.19 for additional work stemming from the requirement to tie-in new construction with the existing grades, sidewalks and utilities at the area just south of the intersection of Constitution Avenue and 16th Street, including costs to "marry" the new grades with the existing grades, to revise the drainage in the area and to adjust the existing utilities in the area. Despite the fact there is no dispute this constituted change work, to date the submitted costs remain unpaid.

20. As such, the Government is liable to Grunley-Walsh for $12,244.19, plus interest thereon as allowed by the Contract Disputes Act.

**WHEREFORE**, Plaintiff, Grunley-Walsh, LLC, demands judgment against Defendant, The United States of America, for award of damages in the amount of $12,244.19, plus such

other and further relief as this Court deems just and proper, including interest as required by the Contract Disputes Act.

Respectfully submitted,

Roger C. Jones

**HUDDLES, JONES**
**SORTEBERG & DACHILLE, P.C.**
10211 Wincopin Circle, Suite 200
Columbia, Maryland 21044
(301) 621-4120
(301) 621-4473 (fax)
jones@hjpc.com

Counsel for Plaintiff,
Grunley-Walsh, LLC

DATED: March 21, 2007