RECEIVED
OVER THE COUNTER
MAR 21 2007
THE OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS